E-FILED 8/5/10
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA VALENZUELA,<br><br>          Plaintiff,<br><br>    v.<br><br>AMERICAN RED CROSS; and DOES 1 to 10,<br><br>          Defendants. | CASE NO. CV 09-7356 PSG (CWx)<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO STIPULATION**<br><br>Action Filed:   September 10, 2009<br>Trial Date:     October 19, 2010 |

The Court, having considered the Stipulation to Dismiss Plaintiff's Complaint for Damages pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses Plaintiff's entire action with prejudice and orders each party to bear its or her own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that _____

_____

_____

DATED: ____8-5-_____, 2010    PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010, I electronically filed a true and correct copy of the foregoing **[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR DAMAGES** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Geoffrey C. Lyon, Esq.                                    lyonlaw@verizon.net
Lyon Law PC


                                                          /s/ Kristine Nakashima

DMWEST #7707567 v1